# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SWANBOM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRAVELERS COMMERCIAL INSURANCE CO.,<br><br>    Defendant. | Case No. 1:24-cv-00171-KES-SAB<br><br>ORDER RE STIPULATION AND CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 22) |

On October 10, 2024, the parties in this action filed a stipulation to continue the scheduling conference set for November 7, 2024, due to the pending findings and recommendations on Defendant's motion to dismiss that is currently pending before the District Court. (ECF No. 22.) The Court finds good cause to continue the scheduling conference.

Accordingly, the scheduling conference in this action is reset from November 7, 2024 to **February 6, 2025, at 2:00 p.m.** in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. The parties shall file a joint scheduling report **one full week** prior to the continued date.

IT IS SO ORDERED.

Dated: **October 11, 2024**

UNITED STATES MAGISTRATE JUDGE

1