# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SWANBOM, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:24-cv-00171-KES-SAB<br><br>ORDER RE STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 31) |

Before the Court is the parties' stipulation to extend the time in which Defendant may respond to Plaintiffs' first amended complaint. (ECF No. 31.) For good cause shown, the Court hereby approves the stipulation. Defendant shall file and serve its response to Plaintiffs' first amended complaint **no later than July 28, 2025**.

IT IS SO ORDERED.

Dated: __**July 10, 2025**__

STANLEY A. BOONE
United States Magistrate Judge