# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SWANBOM, et al., | Case No. 1:24-cv-00171-KES-SAB |
| Plaintiffs, | ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| TRAVELERS COMMERCIAL INSURANCE COMPANY, | (ECF No. 36) |
| Defendant. | **SEPTEMBER 12, 2025 DEADLINE** |

On August 13, 2025, Plaintiffs filed a notice of settlement, informing the Court that this matter has resolved and that dispositional documents will be filed within thirty days.

Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending dates in this action are VACATED; and

2. The parties shall file dispositional documents no later than **September 12, 2025**.

Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated: __**August 13, 2025**__

STANLEY A. BOONE
United States Magistrate Judge